Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Mark Allen Armstrong

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARK ALLEN ARMSTRONG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 09 CV 01062 GSA<br><br>STIPULATION |

TO THE HONORABLE GARY S. AUSTIN, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the court, that Plaintiff shall have extension of time, to and including March 5, 2010, in which to provide Defendant with Plaintiffs Opening Brief. Defendants Responsive Brief is now due by April 5, 2010, and Plaintiffs Reply Brief shall be due 15 days thereafter.

-1-

This stipulation is made at the request of Plaintiff's counsel due to the press of business was unable to adequately review the case in the time allowed. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

    IT IS SO STIPULATED.

DATE: February 10, 2010     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
Denise Bourgeois Haley
Attorney for plaintiff

Date: February 10 2010     BENJAMIN WAGNER
United States Attorney

BY: /s/ *Elizabeth Firer*
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for Defendant MICHAEL J. ASTRUE
Commissioner of Social Security

**IT IS SO ORDERED.**

Date: February 11, 2010.

/s/ Gary S. Austin
United States Magistrate Judge