1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

MARK ARMSTRONG,                    ) Case No. 1:09-CV-01062  GSA
                                   )
          Plaintiff,               ) ORDER DISMISSING CASE WITH
     vs.                           ) PREJUDICE
                                   )
MICHAEL J. ASTRUE,                 )
COMMISSIONER SOCIAL                )
SECURITY,                          )
                                   )
          Defendant                )
_____  )

    Based upon the parties' Stipulation to Dismissal with Prejudice ("Stipulation"),

    **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice. Each party shall bear his/her own costs and expenses, including but not limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

DATED:  March 11, 2010

                              /s/ Gary S. Austin
                              The Honorable Gary S. Austin
                              United States Magistrate Judge